JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HAIFA, INC., | Case No. CV 10-05812-RGK (AGRx) |
|---|---|
| Plaintiff(s), | |
| VS. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| ROGER GARZA, et al., | |
| Defendant(s). | |

On January 12, 2011, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. Plaintiff timely responded in writing on January 20, 2011. As of this date, no further action has been taken by plaintiff, therefore, the matter is ordered dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: February 24, 2011

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE